```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BERGER MONTAGUE PC,                                                    :
                                                                       :
                               Movant,                                 :
                                                                       :        23 Mc. 75 (JPC)
        -v-                                                            :
                                                                       :           ORDER
ROBINHOOD FINANCIAL, LLC,                                              :
                                                                       :
                               Respondent.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        Movant shall serve Respondent with a copy of its motion to quash, and file proof of such service on the docket no later than March 24, 2023.  Respondent shall file an opposition brief by April 7, 2023.  The Court will hold a conference to decide the Motion on April 17, 2023, at 12:30 p.m. EST via telephone.  At the scheduled time, counsel for all parties should call (866) 434-5369, access code 9176261.

        SO ORDERED.

Dated: March 22, 2023  
       New York, New York

                                                        JOHN P. CRONAN  
                                                      United States District Judge4