

E. MICHELLE DRAKE / *EXECUTIVE SHAREHOLDER*
d 612.594.5933  m 612.242.4296 | emdrake@bm.net

March 22, 2023

**VIA EMAIL & CM/ECF**
Hon. John P. Cronan
CronanNYSDChambers@nysd.uscourts.gov

Hon. J. Paul Oetken
OetkenNYSDChambers@nysd.uscourts.gov

**Re:** *Berger Montague PC v. Robinhood Financial, LLC*, No. 1:23-mc-75; *Moore, et al. v. Robinhood Financial, LLC*, No. 1:23-mc-76

Your Honors,

I write pursuant to Local Civil Rule 1.6(a), to notify the Court that Cases No. 1:23-mc-75 and No. 1:23-mc-76 are related. Both actions are miscellaneous cases regarding Motions to Quash the same Subpoena issued by Robinhood Financial, LLC to Season4, LLC.

Plaintiffs and Berger Montague initiated separate miscellaneous case dockets to effectuate their motions to quash, but the dockets are related in subject matter and parties, and it is in the interest of efficiency and conservation of the Court's resources to relate or consolidate them for purposes of briefing and deciding the motions to quash.

The subpoenaed entity, Season4, LLC, also filed a motion to quash, and it is entered on the No. 1:23-mc-75 docket.

Sincerely,

/s/E. Michelle Drake
E. Michelle Drake, *pro hac vice pending*
*Counsel for Movants*

cc:    Counsel for Robinhood Financial, LLC (via email)

1229 TYLER STREET NE, SUITE 205
MINNEAPOLIS, MN 55413
612.594.5999 | **BERGERMONTAGUE.COM**