UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERGER MONTAGUE PC *et al.*,

                Movants,

                -v-

ROBINHOOD FINANCIAL, LLC,

                Respondent.
------------------------------------------------------------------X

23 Misc. 75 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at the April 24, 2023 conference, the motions to quash filed by Movants Berger Montague PC and Season 4, LLC are granted. The Clerk of Court is respectfully directed to close Docket Numbers 6 and 7 and to close this case.

      SO ORDERED.

Dated: April 25, 2023
       New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge